UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janay Drain, O/B/O,
D.S., Minor,
    Plaintiff

v.                               Case No.   1:12-cv-759

Commissioner of Social Security,
    Defendant

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed January 14, 2014 (Doc. 16).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   The decision of the Commissioner is **AFFIRMED**.

Date: February 18, 2014                   s/Sandra S. Beckwith
                                                Sandra S. Beckwith, Senior Judge
                                                United States District Court